**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-4334**

———————

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

GEORGE THOMAS O'BRIEN, a/k/a Bluto,

                              Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Henry C. Morgan, Jr., District Judge.  (CR-99-23)

———————

Submitted:  December 17, 2001       Decided:  January 11, 2002

———————

Before WILKINS, MOTZ, and GREGORY, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Jennifer T. Stanton, J.T. STANTON, P.C., Norfolk, Virginia, for Appellant.  Paul J. McNulty, United States Attorney, Fernando Groene, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

George T. O'Brien appeals the district court's order denying modification of his terms of supervised release. O'Brien's contention that restrictions to his ability to operate a motor vehicle are unnecessary to protect the public and bear no reasonable relationship to his crime effectively attack the district court's original sentencing decision, and thus provide no basis for modification. See United States v. Lussier, 104 F.3d 32, 34 (2d Cir. 1997). Accordingly, the order of the district court is affirmed. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED